**Order filed December 13, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00401-CV
_____

**SHARYON GATHE, Appellant**

**V.**

**JOSEPH C. GATHE, JR., Appellee**

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2006-69829**

# O R D E R

Appellant′s brief was due November 29, 2011. No brief or motion for extension of time has been filed.

Unless appellant submits a brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **January 12, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM